**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | |
|---|---|
| DAVID PRIVOTT,<br><br>Plaintiff,<br><br>v.<br><br>SEA WALLCOVERINGS, INC.,<br><br>Defendant. | Civil Action No.:<br><br>1:26-cv-03756-ABA |

**NOTICE OF SETTLEMENT**

TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE Plaintiff and Defendant have reached a settlement in the above-referenced case. A formal settlement agreement will be circulated between the parties for review and approval. Once all of the appropriate signatures have been obtained, an executed Notice of Voluntary Dismissal or Stipulation of Dismissal of the entire action will be filed.

IT IS SO STIPULATED.

Dated: September 24, 2026

**Deal Copyright Law, P.L.C.**

*/s/ David C. Deal*
David C. Deal
P.O. Box 625
Charlottesville, Virginia 22902
Telephone: (434) 261-2704
Email: david@dealcopyrightlaw.com
*Counsel for Plaintiff*